DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>LUIS CORTEZ-GARCIA,<br><br>         Defendant | Case No.: 2:13-CR-00353 TLN<br><br>ORDER FOR SUBSTITUTION OF ATTORNEY |

TO:  THE JUDGE OF THE ABOVE ENTITLED COURT, TO ASSISTANT UNITED STATES ATTORNEY JUSTIN L. LEE, AND TO MARK VERMEULEN:

    The Defendant, LUIS CORTEZ-GARCIA, requests this court appoint him counsel to replace his current retained counsel, MARK VERMEULEN.  Defendant LUIS CORTEZ-GARCIA requests that this Court appoint DANNY D. BRACE, JR. as appointed counsel and his attorney of record in the above case, now set for hearing on November 21, 2013 at 9:30 a.m.

                          Respectfully submitted,

Date:  11-18-13                                       By: <u>DANNY D. BRACE, JR.,</u>
                                                                    DANNY D. BRACE, JR.,
                                                                    Attorney for Defendant

I request the above substitution

/s/ Luis Cortez-Garcia
LUIS CORTEZ-GARCIA
Defendant

I accept the above substitution

/s/ Mark Vermeulen
MARK VERMEULEN
Authorized to sign for Mr. Vermeulen
On November 18, 2013
Attorney for Defendant
MARK VERMEULEN

I agree to the above substitution

Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney at Law

(original signature of Luis Cortez-Garcia retained by attorney)

**IT IS SO ORDERED:**

Dated: November 19, 2013

Troy L. Nunley
United States District Judge